Federal Bureau of Investigations
601 market st.
Philadelphia, PA
19102

William M. Giles (3rd)
PP# 1017166
SSN# 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
R.C.F
~~[struck through]~~
8151 State Road
Philadelphia, PA
19136

Dear, Sirs

I didn't recieve the most recent stimulus payments that went out in 2022 in october I also believe I am a victim of Identity theft because I believe someone has put P.P.P loans and P.U.A loans in my name as well I am in desperate need of your assistance I humbly request that you look into this matter please and thank you for your assistance in advance

respectfully
Wil M. [signature]



William M. Giles (3rd)
Philadelphia Department of Prisons
Philadelphia, PA 19136
R.C.F
8151 State Road

PHILADELPHIA PA 190
23 MAR 2023 PM 9 L

Federal Bureau of Investigations
To whom it may concern
601 Market Street
Philadelphia, PA
19107

RECEIVED
MAR 27 2023