IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CIVIL ACTION NO. |
| WILLIAM M. GILES, 3RD | : | 23-CV-1216-JMY |
| | : | |

## ORDER

AND NOW, this 30th day of March, 2023, upon consideration of William M. Giles, 3rd's letter (ECF No. 1), which is addressed to the Federal Bureau of Investigation ("FBI") on both the letter and the envelope in which it was sent, but which appears to have been mistakenly sent to the Court's address, causing it to be docketed as a new civil case, it is **ORDERED** that:

1. This case is **DISMISSED WITHOUT PREJUDICE** because it appears to the Court that Giles intended to send a letter to the FBI but mistakenly used the improper address, and that he did not intend to initiate a lawsuit.

2. The Clerk of Court is **DIRECTED** to send Giles's letter to the following address:

> Federal Bureau of Investigation
> 600 Arch St. #8
> Philadelphia, PA 19106

3. Nothing about this Order prevents Giles from initiating a new civil action in the event he seeks to file a lawsuit in this Court.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

/s/ *John Milton Younge*
**JOHN MILTON YOUNGE, J.**